AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Paris Lamont DENNIS | ) | Case No. EP19mj 4050 ATB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **4/3/2019** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | Felon in possession of a firearm |
| 21 USC 841(a)(1) | |
| 21 USC 846 | Knowingly and intentionally possessing with the intent to distribute a controlled substance, which offense involves a quantity of cocaine, a schedule II controlled substance. |
| | Conspiracy to possess with intent to distribute a controlled substance, which offense involves a quality of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

*Complainant's signature*

Priscilla Dilmore, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/05/2019

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

I, Priscilla Dilmore, hereinafter referred to as Affiant, have been duly sworn, depose and state the following:

Affiant is a Special Agent of the Drug Enforcement Administration (DEA) and has been so employed since September 2014. Affiant is an "Investigative or Law Enforcement Officer of the United States," within the meaning of Title 18, United States Code (U.S.C.), Section 2510 (7), that is an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, U.S.C., Section 2516. Affiant makes this affidavit in support of the criminal complaint filed herein against Paris Lamont DENNIS (DENNIS). Because the purpose of this affidavit is to establish probable cause, not every relevant fact known to Affiant, or to other investigators, is included herein.

On April 3, 2019, Agents learned that DENNIS may be in possession of firearms and that he keeps those firearms at his residence, a location in El Paso, Texas, which is a location within the Western District of Texas. On April 3, 2019, at approximately 9:51 p.m., United States Magistrate Judge Anne T. Berton authorized a search and seizure warrant for DENNIS's residence. At approximately 9:55 p.m., DEA Agents assigned to the Special Response Team (SRT) executed the warrant at DENNIS's residence. Upon entry, agents detained DENNIS and Melanie Lopez (Lopez) and asked both subjects if there were any firearms or illegal substances inside the apartment. DENNIS informed agents there was a revolver located in the back bedroom of the apartment inside a dresser drawer. Agents located the revolver and seized the firearm along with approximately 7.6 grams of cocaine and a marijuana cigarette. As the search of the residence continued, agents also located and seized 9mm ammunition. Lopez informed the agents the revolver belonged to DENNIS, however, DENNIS stored the revolver in Lopez's bedroom for safety because the children were not allowed to go in Lopez's bedroom.

At approximately 11:37 p.m., your affiant, SA Priscilla Dilmore, and SA Jeffery Castillo read DENNIS his Miranda rights in the English language. DENNIS stated he understood his rights and agreed to answer questions without an attorney present. In addition, DENNIS signed DEA form-13 acknowledging and waiving his rights. During the interview, DENNIS stated the revolver belonged to him (DENNIS) and he had purchased the revolver for $100 United States Currency. DENNIS also stated he is a drug dealer and supplies cocaine to various individuals. DENNIS further stated how he (DENNIS) would not identify his cocaine source of supply because he was not a "snitch".

DENNIS' prior criminal history includes convictions for:

- 2010 arrest by the El Paso Police Department (EPPD) for Assault and sentenced to 200 days confinement
- 2011 arrest by EPPD for Evading Arrest/Terroristic Threats and sentenced to 30 days confinement
- 2011 arrest by the EPPD for Assault and sentenced to two (2) years confinement
- 2012 by the EPPD for Unlawfully Carrying a Weapon and sentenced to 14 days confinement
- 2018 by the EPPD for Possession of Marijuana and fined $100 U.S. Dollars.

Based on the 2011 arrest for Assault in which DENNIS was sentence to two years confinement, DENNIS is a convicted felon.

Based on the aforementioned facts, it is believed that on or about April 3, 2019, Paris Lamont DENNIS violated Title 18 USC § 922(g)(1), to wit, possession of a firearm and ammunition by a person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year. Furthermore, based on the aforementioned facts, it

is believed that on or about April 3, 2019, Paris Lamont DENNIS violated Title 21 USC § 841(a)(1), knowingly and intentionally possessing with the intent to distribute a controlled substance, which offense involves a quantity of cocaine, a schedule II controlled substance, and Title 21 USC § 846, conspiracy to possess with intent to distribute a controlled substance, which offense involves a quality of cocaine, a schedule II controlled substance.